## SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA    :    No. 3 EM 2019
        Respondent          :
                                 :
        v.                    :
                                 :
BRUCE X. COOPER                :
        Petitioner           :
                                 :

## O R D E R

**AND NOW,** this 12th day of February, 2019, Petition for Leave to file in Excess of the Page Limitation is GRANTED. Petitioner's Petition for Allowance of Appeal will be accepted as submitted.

John W. Person, Esquire
Deputy Prothonotary